No. 96–6331. ELLIOTT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6333. HERMANSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6334. DEMEO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6335. DEMONICK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6336. DORROUGH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–6337. HARKRIDER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6338. FITZGERALD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6353. MURRAY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–98. KMART CORP. v. HELTON ET AL. C. A. 11th Cir. Motion of Equal Employment Advisory Council et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 96–517. FRY ET AL. v. UAL CORP. C. A. 7th Cir. Motions of Harvey L. Harris and Securities Victims of America for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 96–543. REHMAN v. GARWOOD, MCKENNA & MCKENNA, P. A., ET AL. Sup. Ct. Fla. Petition for writ of certiorari and writ of prohibition denied.